AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**LINDA GRANT**

                Plaintiff

v.

**COMMISSIONER OF SOCIAL SECURITY**
        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-6296 (SDW)

      Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

      IT IS ORDERED that the application is:

☒ **GRANTED**, and

☒ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

_____
_____
_____

ENTER this 17th day of December, 2009

                                      Signature of Judicial Officer

                                      Susan D. Wigenton, U.S.D.J.
                                      Name and title of Judicial Officer